UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BKK CORPORATION, BURTCH TRUCKING, INC. D/B/A BURTCH CONSTRUCTION, CONSOLIDATED FIBERGLASS PRODUCTS COMPANY, CROSBY & OVERTON, INC., ENERGY PRODUCTION & SALES CO., ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC., GOLDEN GATE PETROLEUM CO., KERN BACKHOE SERVICE, INC., KERN FRONT SEC.-35 PARTNERS, KVS TRANSPORTATION, INC. D/B/A KERN VACUUM SERVICE, INC., L. W. POTTER, INC., MARATHON OIL COMPANY, MOSAIC GLOBAL HOLDINGS INC., MP VACUUM TRUCK SERVICE, PETROMINERALS CORPORATION, RANCHERS COTTON OIL, SAN JOAQUIN REFINING CO., TEXAS OIL & GAS CORP., TODD PACIFIC SHIPYARDS CORPORATION, VALLEY TREE & CONSTRUCTION, AND WESTERN OILFIELD SUPPLY COMPANY <br><br> Defendants. | **Case No.: 1:11-cv-01396-AWI-BAM** <br><br><br> **ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE, DEADLINE FOR THE PARTIES TO CONFER, AND SUBMISSION OF THE JOINT SCHEDULING REPORT.** |

**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE, DEADLINE FOR THE PARTIES TO CONFER, AND SUBMISSION OF THE JOINT SCHEDULING REPORT**

It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-01396-AWI-BAM, styled *CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, A CALIFORNIA CORPORATION, AND CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION V. BKK CORPORATION, ET. AL.*, is hereby continued from Thursday, December 1, 2011, at 9:00 AM to Thursday, January 19, 2012 at 10:00am.

Good cause appearing, it is hereby ordered that the Scheduling Conference is continued from Thursday, December 1, 2011 to Thursday, January 19, 2012 at 10:00 a.m. in Courtroom 8 before Judge McAuliffe.

Dated:   November 8, 2011                    /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE