Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF CALIFORNIA</u>

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BKK CORPORATION, et. al.<br><br>　　　　　　Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER ORIGINAL COMPLAINT OR OTHERWISE RESPOND** |

**<u>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER ORIGINAL COMPLAINT OR OTHERWISE RESPOND</u>**

Upon reviewing the Stipulation and for good cause being shown, IT IS HEREBY ORDERED that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Ex Parte Application for Extension of Time for Defendants to

Answer Original Complaint or Otherwise Respond is GRANTED. Defendants' new deadline to answer or otherwise respond is May 16, 2012.

IT IS SO ORDERED.

   Dated:   **March 26, 2012**            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE