# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON USA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BKK CORPORATION, *et. al*,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-1396 LJO-BAM<br><br>**ORDER ADOPTING FINDINGS RECOMMENDATIONS ON MOTIONS FOR GOOD FAITH SETTLEMENT**<br><br>(Doc. 73) |

On February 24, 2012 and March 5, 2012, Plaintiffs Chevron Environmental Management Company and Chevron USA ("Plaintiffs") filed several Motions for Good Settlement Determination (Docs. 57, 58, 59, 60, 61, 62, 64) requesting approval of individual settlements and barring future claims against defendants: Marathon Oil, Husky Oil and Texas Oil & Gas Company (Doc. 57), Consolidated Fiber Glass Products Company (Doc. 58), Kern Backhoe Services, Inc., and KVS Transportation, Inc. (Doc. 59), Todd Shipyards Corporation and Todd Pacific Shipyards Corporation (Docs. 60, 64), Western Oilfields Supply Company (Doc. 61), and Valley Tree & Construction (Doc. 62).

On April 16, 2012, the Magistrate Judge issued Findings and Recommendations that the Motions for Good Settlement Determination be GRANTED. (Doc. 73). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. More than fifteen (15) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de*

1

*novo* review of the case and reviewed Plaintiff's objections. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 16, 2012 (Doc. 73), are ADOPTED IN FULL; and
2. Plaintiffs' Motions for Good Faith Settlement Determination are GRANTED;
3. Any and all claims for equitable comparative contribution, and partial and complete comparative indemnity, based on comparative negligence or comparative fault, against Marathon Oil, Husky Oil, Texas Oil & Gas Corporation, Consolidated Fiber Glass Products Company, Kern Backhoe Service, Inc., KVS Transportation, Inc, Todd Shipyards Corporation, Todd Pacific Shipyards Corporation, Western Oilfields Supply Company, and Valley Tree & Construction are forever barred pursuant to California Code of Civil Procedure §877.6(c).

IT IS SO ORDERED.

**Dated:   May 7, 2012**                      /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE