# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON USA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, *et. al*,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-1396 LJO-BAM<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANTS RANCHERS COTTON OIL, PETROMINERALS CORPORATION AND BKK CORPORATION TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

　　　　On June 15, 2012, Plaintiff filed an ex parte application to extend the deadline for Defendants Ranchers Cotton Oil, Petrominerals Corporation, and BKK Corporation to file an answer to Plaintiff's Complaint (Doc. 77.)  Good cause appearing, it is hereby ordered that the following Defendants' new deadline to answer or otherwise respond to Plaintiff's Complaint is July 16, 2012:  Ranchers Cotton Oil, Petrominerals Corporation, and BKK Corporation.

　　　　IT IS SO ORDERED.

　　　　Dated:　**June 15, 2012**　　　　　　　　　／s／ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE