Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT CONSOLIDATED FIBER GLASS PRODUCTS COMPANY** |

**ORDER GRANTING PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT CONSOLIDATED FIBER GLASS PRODUCTS COMPANY**

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Notice of Dismissal Without Prejudice For All Claims Against Defendant CONSOLIDATED FIBER GLASS PRODUCTS COMPANY in this action is GRANTED. Only Defendant CONSOLIDATED FIBER GLASS PRODUCTS COMPANY is dismissed by this order.

*Order Granting Plaintiffs' Notice of Dismissal Without Prejudice For All Claims Against Defendant Consolidated Fiber Glass Products Company* – *Page 1*

This dismissal is without prejudice.

IT IS SO ORDERED.

Dated:   **June 15, 2012**              /s/ **Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE