Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANTS KERN BACKHOE SERVICE, INC. AND KVS TRANSPORTATION, INC. D/B/A KERN VACUUM SERVICE, INC.** |

**ORDER GRANTING PLAINTIFFS' DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANTS KERN BACKHOE SERVICE, INC. AND KVS TRANSPORTATION, INC. D/B/A KERN VACUUM SERVICE, INC.**

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Notice of Dismissal With Prejudice For All Claims Against Defendants KERN BACKHOE SERVICE, INC. and KVS TRANSPORTATION, INC. D/B/A KERN VACUUM SERVICE, INC. in this action is GRANTED. Only Defendants KERN BACKHOE SERVICE, INC. and KVS TRANSPORTATION, INC. D/B/A KERN VACUUM

SERVICE, INC. are dismissed by this order. This dismissal is with prejudice. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **June 19, 2012**      /s/ Lawrence J. O'Neill
                     UNITED STATES DISTRICT JUDGE

*Order Granting Plaintiffs' Notice of Dismissal With Prejudice For All Claims Against Defendants Kern Backhoe Service, Inc. and KVS Transportation, Inc. d/b/a Kern Vacuum Service, Inc.*– Page 2