UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER ORIGIONAL COMPLAINT OR OTHERWISE RESPOND |

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER ORIGINAL COMPLAINT OR OTHERWISE RESPOND**

Upon reviewing Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC's Ex Parte Application for Extension of Time for Defendants BKK Corporation, Ranchers Cotton Oil, and Petrominerals Corporation to Answer Original Complaint or Otherwise Respond (Doc. 95), and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs Ex Parte Application is GRANTED. The above-referenced Defendants' new deadline to answer or otherwise respond is September 1, 2012.

IT IS SO ORDERED.

Dated:  **July 11, 2012**              /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

8041328v.1

1