UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO ANSWER ORIGINAL COMPLAINT OR OTHERWISE RESPOND** |

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO ANSWER ORIGINAL COMPLAINT OR OTHERWISE RESPOND**

Good cause appearing, it is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s *Ex Parte Application for Extension of Time for Certain Defendants to Answer Original Complaint or Otherwise Respond* is GRANTED. The new deadline to answer or otherwise respond for

1

Defendants Ranchers Cotton Oil, Petrominerals Corporation, and BKK Corporation is November 30, 2012.

IT IS SO ORDERED.

Dated:   **August 30, 2012**                        /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE