# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON USA,<br><br>       Plaintiffs,<br>    vs.<br><br>BKK CORPORATION, *et. al*,<br><br>       Defendants.<br>_____/ | CASE NO. 1:11-cv-1396 LJO-BAM<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**Date:  December 12, 2012**<br>**Time:  9:00 a.m.**<br>**Dept.: 8 (BAM)** |

## ORDER

On October 16, 2012, the Court conducted a hearing regarding setting potential trial and pretrial dates. After discussion with the parties, the Court determined setting any trial dates is premature. The Court was informed that settlement negotiations with the remaining parties are ongoing and have resulted in settlement with many defendants. Other defendants remain in the case primarily because insurance information is needed for the parties to determine their settlement posture.

In light of the parties' progress in this matter, the Court sets a STATUS CONFERENCE for December 12, 2012 at 9:00 a.m., in Courtroom 8 before Judge Barbara A. McAuliffe. Before the status conference, the remaining defendants should make a good faith attempt to identify past insurance policies, insurance companies and/or past insurance agents who may be able to identify or locate policies. At the status conference, the remaining defendants should be prepared to discuss what efforts have been undertaken regarding locating the insurance, whether any relevant insurance policies exist, and when the remaining defendants will file an answer. The parties should also be prepared to agree on

1  a scheduling conference date.  At least seven days before the status conference, Plaintiffs should submit
2  a brief written statement regarding the status of each defendant.  All counsel and parties may appear at
3  the conference by arranging a one-line conference call and telephoning the Court at 559-499-5789.
4      IT IS SO ORDERED.
5  Dated:   October 16, 2012                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE