**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON USA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, *et. al*,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-1396 LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON MOTIONS FOR GOOD FAITH SETTLEMENT**<br><br>(Docs. 115, 116, 117, 118, 119) |

On September 17, 2012, Plaintiffs Chevron Environmental Management Company and Chevron USA ("Plaintiffs") filed several Motions for Good Settlement Determination (Docs. 106, 107, 108, 109, 110) requesting approval of individual settlements and barring future claims against defendants: Petrominerals Corporation (Doc. 106), Mosaic Global Holdings, Inc. (Doc. 107), Ranchers Cotton Oil (Doc. 108), BKK Corporation (Doc. 109), and Crosby & Overton (Doc. 110).

On October 26, 2012, the Magistrate Judge issued Findings and Recommendations that the Motions for Good Settlement Determination be GRANTED. (Docs. 115, 116, 117, 118, 119). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. More than fifteen (15) days have passed, and no objections have been filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case and reviewed Plaintiff's objections. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the

record and proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 26, 2012 (Docs. 115, 116, 117, 118, 119), are ADOPTED IN FULL; and

2. Plaintiffs' Motions for Good Faith Settlement Determination (Docs. 106, 107, 108, 109, 110) are GRANTED;

3. Any and all claims for equitable comparative contribution, and partial and complete comparative indemnity, based on comparative negligence or comparative fault, against Petrominerals Corporation, Mosaic Global Holdings, Inc., Ranchers Cotton Oil , BKK Corporation, and Crosby & Overton are forever barred pursuant to California Code of Civil Procedure §877.6 (c);

4. Petrominerals Corporation, Mosaic Global Holdings, Inc., Ranchers Cotton Oil , BKK Corporation, and Crosby & Overton be DISMISSED with prejudice;

5. The Clerk of the Court is DIRECTED to terminate docket numbers 106, 107, 108, 109 and 110.

IT IS SO ORDERED.

**Dated:   November 15, 2012**            /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE