Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF CALIFORNIA</u>

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | **Case No.: 1:11-cv-01396-LJO-BAM**<br><br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT RANCHERS COTTON OIL** |

**<u>ORDER GRANTING PLAINTIFFS' NOTICE WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT RANCHERS COTTON OIL</u>**

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Notice of Dismissal With Prejudice For All Claims Against Defendant RANCHERS COTTON OIL in this action is GRANTED.  Only Defendant RANCHERS COTTON OIL is dismissed from this lawsuit by this order. This dismissal is with prejudice.

IT IS SO ORDERED.

Dated:   **November 29, 2012**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE