Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BKK CORPORATION, et. al.<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT BURTCH TRUCKING, INC. D/B/A BURTCH CONSTRUCTION** |

**ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT BURTCH TRUCKING, INC. D/B/A BURTCH CONSTRUCTION**

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Stipulation of Dismissal With Prejudice For All Claims Against Defendant BURTCH TRUCKING, INC. D/B/A BURTCH CONSTRUCTION in this action is GRANTED.  Only Defendant BURTCH TRUCKING, INC. D/B/A BURTCH

CONSTRUCTION is dismissed from this lawsuit by this order. This dismissal is with prejudice.


IT IS SO ORDERED.

   Dated:   **May 16, 2013**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE