1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   CHEVRON ENVIRONMENTAL                    Case No. 1: 11-cv-1396-LJO-BAM
    MANAGEMENT COMPANY
    AND CHEVRON USA,                         **ORDER ADOPTING FINDINGS AND**
10                                           **RECOMMENDATIONS ON MOTIONS**
                 Plaintiff,                  **FOR GOOD FAITH SETTLEMENT**
11
                                             **(Doc. 181)**
12          v.

13   BKK CORPORATION, *et al.,*

14               Defendants.

15
                                                        /
16

17          On September 12, 2013, Plaintiffs Chevron Environmental Management Company and

18   Chevron USA ("Plaintiffs") filed a Motion for Good Settlement Determination requesting approval of

19   an individual settlement and barring future claims against defendant L.W. Potter, Inc.  (Doc. 179).

20          On October 10, 2013, the Magistrate Judge issued Findings and Recommendations that the

21   Motion for Good Settlement Determination be GRANTED.   (Doc. 179).   The Findings and

22   Recommendations were served on all parties and contained notice that any objections were to be filed

23   within fifteen (15) days of the date of service.   More than fifteen (15) days have passed and no

24   objections have been filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court

25   has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds

26   that the Findings and Recommendations are supported by the record and proper analysis.

27   //

28   //

                                                   1

1        **Accordingly, IT IS HEREBY ORDERED that:**

2   1.   The Findings and Recommendations issued October 10, 2013 (Doc. 181) are

3       ADOPTED IN FULL; and

4   2.   Plaintiffs' Motion for Good Faith Settlement Determination (Doc. 179) is GRANTED;

5   3.   Any and all claims for equitable comparative contribution, and partial and complete

6       comparative indemnity, based on comparative negligence or comparative fault, against

7       L.W. Potter, Inc. is forever barred pursuant to California Code of Civil Procedure

8       §877.6 (c);

9   4.   L.W. Potter, Inc. is DISMISSED with prejudice;

10   5.   The Clerk of the Court is DIRECTED to terminate docket number 179.

12 IT IS SO ORDERED.

13   Dated:   **November 4, 2013**        **/s/ Lawrence J. O'Neill**

14                      UNITED STATES DISTRICT JUDGE

2