Daniel E. Vineyard
California Bar No. 121132
Texas Bar No. 00792046
Courtney T. Carlson
Texas Bar No. 24065004
Federal ID No. 1115579
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4277
Facsimile: 713-308-4177
Attorneys for Plaintiffs, CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ENERGY PRODUCTION & SALES CO., GOLDEN GATE PETROLEUM CO., KERN FRONT SEC.-35 PARTNERS, L. W. POTTER, INC., M.P. ENVIRONMENTAL SERVICES, INC., AND M P VACUUM TRUCK SERVICE.<br><br>    Defendants | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT L. W. POTTER, INC.** |

**ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT L. W. POTTER, INC.**

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Stipulation of Dismissal With Prejudice For All Claims Against Defendant L. W. POTTER, INC. in this action is GRANTED.  Only Defendant L. W. POTTER, INC. is dismissed from this lawsuit. This dismissal is with prejudice.

The clerk is directed not to close this action

IT IS SO ORDERED.

Dated:   **December 4, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE