UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>      Plaintiffs,<br><br>      vs.<br><br>ENERGY PRODUCTION & SALES CO., GOLDEN GATE PETROLEUM CO., KERN FRONT SEC.-35 PARTNERS, M.P. ENVIRONMENTAL SERVICES, INC., AND M P VACUUM TRUCK SERVICE.<br><br>      Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT GOLDEN GATE PETROLEUM CO.** |

## ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT GOLDEN GATE PETROLEUM CO.

It is hereby ordered that Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Stipulation of Dismissal With Prejudice For All Claims Against Defendant GOLDEN GATE PETROLEUM CO. in this action is GRANTED. Only Defendant GOLDEN GATE PETROLEUM CO. is dismissed from this lawsuit. This dismissal is with prejudice.

IT IS SO ORDERED.

   Dated:   **October 22, 2014**          /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE