JOHN J. ALLEN (BAR NO. 069970)
ANDREW E. MILLER (BAR NO. 213504)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: jallen@allenmatkins.com
        amiller@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Defendants
Burtch Trucking, Inc., Crosby & Overton, Inc., Ensign United States Drilling (California), Inc., L.W. Potter, Inc., M.P. Environmental Services, Inc., MP Vacuum Truck Service, and San Joaquin Refining Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — FRESNO

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ENERGY PRODUCTION & SALES CO., GOLDEN GATE PETROLEUM CO., KERN FRONT SEC.-35 PARTNERS, M.P. ENVIRONMENTAL SERVICES, INC., AND MP VACUUM TRUCK SERVICE,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS ACTIONS | Case No. 11-cv-01396-LJO-BAM<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL COUNTERCLAIMS AGAINST PLAINTIFFS CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON U.S.A. INC. |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1000338.01/LA

ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL COUNTERCLAIMS AGAINST PLAINTIFFS CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND CHEVRON U.S.A. INC.

# **ORDER**

Having reviewed the stipulation filed by Defendants Burtch Trucking, Inc., Crosby & Overton, Inc., Ensign United States Drilling (California), Inc., L.W. Potter, Inc., M.P. Environmental Services, Inc., MP Vacuum Truck Service, and San Joaquin Refining Co. (collectively, "Defendants") to dismiss, with prejudice, all counterclaims against Plaintiffs Chevron Environmental Management Company and Chevron U.S.A. Inc., and good cause appearing therefore, it is hereby ordered that the stipulation for dismissal is GRANTED.  Defendants' counterclaims are hereby dismissed from this lawsuit with prejudice.

IT IS SO ORDERED.

Dated:   **October 22, 2014**         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL COUNTERCLAIMS
AGAINST PLAINTIFFS CHEVRON ENVIRONMENTAL MANAGEMENT
COMPANY AND CHEVRON U.S.A. INC.