UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGY PRODUCTION & SALES CO. and KERN FRONT SEC.-35 PARTNERS<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT ENERGY PRODUCTION & SALES CO.** |

**ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT ENERGY PRODUCTION & SALES CO.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Notice of Dismissal With Prejudice For All Claims Against Defendant ENERGY PRODUCTION & SALES CO., Doc. 201, Defendant ENERGY PRODUCTION & SALES CO. **only** is dismissed from this lawsuit by this order. This dismissal is with prejudice.

IT IS SO ORDERED.

Dated:   **November 17, 2014**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE