UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGY PRODUCTION & SALES CO. and KERN FRONT SEC.-35 PARTNERS<br><br>Defendants. | Case No.: 1:11-cv-01396-LJO-BAM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT KERN FRONT SEC.-35 PARTNERS** |

## ORDER GRANTING DISMISSAL WITH PREJUDICE FOR ALL CLAIMS AGAINST DEFENDANT KERN FRONT SEC.-35 PARTNERS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiffs CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CHEVRON U.S.A. INC.'s Notice of Dismissal With Prejudice For All Claims Against Defendant KERN FRONT SEC.-35 PARTNERS, Doc. 200, Defendant KERN FRONT SEC.-35 PARTNERS **only** is dismissed from the lawsuit by this order. This dismissal is with prejudice.

IT IS SO ORDERED.

   Dated:   **November 17, 2014**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE